THOMAS MORAN, APPELLANT, v. MOORE-McCORMACK LINES, RESPONDENT.

Argued May 17, 1944—Decided September 14, 1944.

For the appellant, *Albert J. Shea.*

For the respondent, *Cox & Walburg.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Brogan in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, CASE, DONGES, PERSKIE, PORTER, DEAR, WELLS, HAGUE, THOMPSON, JJ. 10.

*For reversal*—HEHER, RAFFERTY, DILL, JJ. 3.